**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. _____

(To be supplied by the court)

_Jerry L. Day_ _____, Plaintiff

v.

_Parts Geek/LLC_ _____.

_Jon Sinclair, President of Parts Geek/LLC_

_Jakki Trippe, Director of Customer Experience_

_____, Defendant(s).

*(List each named defendant on a separate line. If you cannot fit the names of all defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names of the defendants listed in the above caption must be identical to those contained in Section B. Do not include addresses here.)*

---

## COMPLAINT

---

### NOTICE

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include only: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

**Plaintiff need not send exhibits, affidavits, grievances, witness statements, or any other materials to the Clerk's Office with this complaint.**

## A.    PLAINTIFF INFORMATION

*You must notify the court of any changes to your address where case-related papers may be served by filing a notice of change of address. Failure to keep a current address on file with the court may result in dismissal of your case.*

Jerry L. Day  P.O. Box 3103 Colo Spgs Colo 80934
(Name and complete mailing address)

719-491-7839  rokinlazyday@gmail.com
(Telephone number and e-mail address)

## B.    DEFENDANT(S) INFORMATION

*Please list the following information for each defendant listed in the caption of the complaint. If more space is needed, use extra paper to provide the information requested. The additional pages regarding defendants should be labeled "B. DEFENDANT(S) INFORMATION."*

Defendant 1:    Parts Geek/LLC
(Name and complete mailing address)

3900 Mechanicsville Road Building 7
(Telephone number and e-mail address if known)
Suite 213 Doylestown, Pa. 18902-1669

Defendant 2:    Jon Sinclair, President Parts Geek/LLC
(Name and complete mailing address)
3900 mechanicsville Road Building 7 Suite 213
Doylestown Pa 18902-1669
(Telephone number and e-mail address if known)

Defendant 3:    Jakki Trippe, Director of Customer Experience
(Name and complete mailing address)
3900 mechanicsville Road Building 7 Suite 213
(Telephone number and e-mail address if known)
Doylestown, Pa. 18902-1669
~~Defendant 4:~~    Ph.# 856-283-5885
(Name and complete mailing address)

_____
(Telephone number and e-mail address if known)

2

## C.    JURISDICTION

*Identify the statutory authority that allows the court to consider your claim(s): (check one)*

[X]    Federal question pursuant to 28 U.S.C. § 1331 (claims arising under the Constitution, laws, or treaties of the United States)

List the specific federal statute, treaty, and/or provision(s) of the United States Constitution that are at issue in this case.

*Federal Interstate Commerce Title 49 USCode Chapter 30102 (1Y2)(3)(4)(5)(A)(B) NHStA. False Advertisement of Auto Parts.*

[X]    Diversity of citizenship pursuant to 28 U.S.C. § 1332 (a matter between individual or corporate citizens of different states and the amount in controversy exceeds $75,000)

Plaintiff is a citizen of the State of *Colorado*.

If Defendant 1 is an individual, Defendant 1 is a citizen of *Pennsilvania*.

If Defendant 1 is a corporation,

Defendant 1 is incorporated under the laws of *Pennsilvania* (name of state or foreign nation).

Defendant 1 has its principal place of business in *Pennsilvania* (name of state or foreign nation).

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3

**D.     STATEMENT OF CLAIM(S)**

*State clearly and concisely every claim that you are asserting in this action.  For each claim, specify the right that allegedly has been violated and state all facts that support your claim, including the date(s) on which the incident(s) occurred, the name(s) of the specific person(s) involved in each claim, and the specific facts that show how each person was involved in each claim.  You do not need to cite specific legal cases to support your claim(s).  If additional space is needed to describe any claim or to assert additional claims, use extra paper to continue that claim or to assert the additional claim(s).  Please indicate that additional paper is attached and label the additional pages regarding the statement of claims as "D. STATEMENT OF CLAIMS."*

CLAIM ONE: Parts Geek/LLc and Jon Sinclair (President) Knowingly Sold defective and substandard auto parts advertised as OEM or OEM standard Rebuilt.

Supporting facts:

IN July of 2021 I purchased 2 fuel pumps from Parts Geek/llc for my 1997 ford F250 Hd 4x4 Extended Cab, ONE midship and one Aft Rear axel. I had a Certified mechanic Shop Install them. My Grandson, his Grand Mother and myself took a Mountain Road trip. We stopped to look at some scenery and Noticed gasoline spilling from the Rear tank filler spout. We had went only about 40 miles and used 3/4 tank of gas approximately 15 gallons. had we Not stopped that spillover could have landed on the hot Brake as we were driving and potently cause a dangerous and fatal situation by catching fire and causing an explosion.

I called Parts Geek/LLc and explained and the sent me 2 more pumps, at my cost, I had the mechanic shop Install and sent the 2 defective pumps back to get credit. the 2 Replacement pumps after Install were found to be defective in the same way.[a]

*Attachment*

# Attachment Claim One

The Mechanic Shop Installed 2 factory inline Check Valves ahead of each Tank to Stop the flow from one tank to the other but It did not stop the flow.

I went to My daughter who works at a ford dealership to find me the 2 pumps. The found 2 factory OEM fuel pumps minus The Send Units. One IN New Mexico and one IN Kansas at about 3½ to 4 times the cost. I am still paying for them.

These 2 pumps from Parts Geek/LLc (Delphi) were advertised as OEM.

CLAIM TWO: <u>Parts Geek/LLC, Jon Sinclair (President</u>

Supporting facts: I purchased Headlites, Park and Signal Lites, Sidelites for this same 1997 Ford F250 Hd. These Lites were defective and not to OEM mounting specs. By forcing the Grill I was able to get the headlites Installed, resulting in Grill damage. I had no choice as the old lites were unusable. They park, Signal and side lites were unuseble so they were not Installed. Because of Parts Geek/LLC Timeline for Return I could not Return Back for Credit. Incorrect specks for mounting and damage to Grill Shown in acompaning Photos.

<u>Claim Three</u>

After I sent a Letter of Intent to Sue, dated Dec 3, 2021, Jakki Trippe "Director of Customer Experience" during Phone conversations and Emails I accepted her agreement of $1300⁰⁰ credit to account card and A check for $1500⁰⁰. During a Phone Conversation Jakki put me on hold as she Stated she would ask her manager to okay the agreement. She came back on Phone and Said He okayed the agreement.

She Later came back in Email stating that She was not in front of her Computer and stated That the amounts would be Lower stating that She would Credit my account $721⁰⁰ and a check for $1000⁰⁰. I checked my account and She only credited It $458⁰⁸ at which I Replied that the agreement That her manager agreed would I accept.

I petition the court to have Jakki Trippe to Testify in court or Be charged with Criminal Charges.

5

## Claim Four

After Researching Parts Geek/LLC Reviews and Customer Complaints on the Internet I found That there are many Examples of Customers having The Same Problems of Defective Parts Purchased from Parts Geek/LLC and Troubles to get Return Credits.

I would Petition The Court to Review this Site

*"Parts Geek/LLC Reviews and Customer Complaints"

**E.    REQUEST FOR RELIEF**

*State the relief you are requesting or what you want the court to do. If additional space is needed to identify the relief you are requesting, use extra paper to request relief. Please indicate that additional paper is attached and label the additional pages regarding relief as "E. REQUEST FOR RELIEF."*

① I am asking the Court to award The $3796.⁵⁰ stated in the "Letter of Intent to Sue" credited Back to my Credit account That Parts Geek/LLC has on File by Parts Geek/LLC.

② I am asking the court to award $150,000,000.⁰⁰ for punitive damages from Jon Sinclair (President) and Parts Geek/LLC on a 50/50 basis.

**F.    PLAINTIFF'S SIGNATURE**

I declare under penalty of perjury that I am the plaintiff in this action, that I have read this complaint, and that the information in this complaint is true and correct. *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Under Federal Rule of Civil Procedure 11, by signing below, I also certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

(Plaintiff's signature)

March 10 - 2023
(Date)

(Revised December 2017)

6

## CERTIFICATE OF SERVICE

I certify that on _March 10-2023_ (date) a copy of this General Motion was served on each of the following:

| Name of Person to Whom You are Sending this Document | Relationship | Address | Manner of Service* |
|---|---|---|---|
| Pants Buek/LLC | | 3900 Mechanicsville Road Building 7 Suite 213 Doylestown, Pa. 18902-1669 | First Class |
| Jon Sinclair | President | 3900 Mechanicsville Road Building 7 Suite 213 Doylestown Pa. 18902-1669 | First Class |
| Nikki Trippe | Director of Customer Experience | 3900 Mechanicsville Road Building 7 Suite 213 Doylestown Pa. 18902-1669 | First Class |

*Insert one of the following: Hand Delivery, First-Class Mail, Certified Mail, E-Served or Faxed.

Signature



"Letter of Intent"

Supporting facts

# LETTER OF INTENT TO SUE

Jerry L. Day
1330 W. Cucharras St.
Colo Spgs Colo 80904

**Effective Date:** December 3 - 2021

**RE: Notice of Intent to File Lawsuit**

Dear Jon Sinclair, President, Parts GeeK LLC

This letter of intent to sue shall serve as a formal notice that Jerry L. DAY intends to commence a lawsuit against you due to the following: Knowing and Selling and advertising auto parts that are incorrect to the Vehicle ordered. Knowing that The parts are defective and incorrect to year ordered. fuel pumps and Sending units,

**I. The Plaintiff.** Jerry L. DAY (the "Plaintiff").

**II. The Defendant.** Jon Sinclair and (the "Defendant"). Parts GeeK LLC

**III. Settlement Demand.** As a result of your actions, the Plaintiff seeks relief in the form of:

☒ - Payment in the amount of Three thousand Seven Hundred Ninety Six dollars and 50 cents Dollars ($ 3796 50 )

☐ - Other: You May Pay By Check or Credit Card Number You have on File.

This offer to cure and/or settle this matter outside of court and avoid a lawsuit is valid for 14 days from the Effective Date. If Not paid This Lawsuit will be filed in Federal Court

**IV. Governing Law.** This Letter of Intent shall be governed under the laws of the ~~State~~ of The Federal Trade Commission, Federal Interstate Commerce Commission and false advertising.

Sincerely,

Jerry L Day

If this goes to federal Court, Attorney Fees and punitive damages minimum of $75,000.00 will apply.

SUBSCRIBED AND SWORN BEFORE ME THIS 2nd

day of December , 20 21

NOTARY PUBLIC EL PASO COUNTY COLORADO

MY COMMISSION EXPIRES Feb 12, 2023

JUAN J SULUB
NOTARY PUBLIC - STATE OF COLORADO
NOTARY ID 20194005949
MY COMMISSION EXPIRES FEB 12, 2023

Page 1 of 1

**Fwd: Request for Repair Order(s)**

Jerry Day <rokinlazyj@gmail.com>

Sat 7/2/2022 3:04 PM

To:

- Stacey Day <sday@uccs.edu>

---------- Forwarded message ---------

From: <jakki@partsgeek.com>

Date: Wed, Dec 8, 2021, 11:46 AM

Subject: Request for Repair Order(s)

To: rokinlazyj@gmail.com <rokinlazyj@gmail.com>

Cc: amanda@partsgeek.com <amanda@partsgeek.com>

Good afternoon Mr. Day,

As per our conversation, if you could please send me a copy of the Repair Order(s) from your mechanic.

I want to thank you for calling me back so quickly and again want to apologize that it had to get this far. It is our goal to always provide above and beyond customer service. I fully intend to do everything we can to rectify this situation for you. I will keep a close eye out for the email containing those documents.

I hope you enjoy the rest of your day. Please feel free to reach out anytime.

**Jakki Trippe**
**Director Customer Experience**
**856-283-5885**
Jakki@partsgeek.com

Fwd: Re: Refunding Jerry Day

Jerry Day <rokinlazyj@gmail.com>

Sat 7/2/2022 2:58 PM

To:

- Stacey Day <sday@uccs.edu>


---------- Forwarded message ---------

**From:** **Jerry Day** <rokinlazyj@gmail.com>

Date: Fri, Dec 10, 2021, 2:18 PM

Subject: Re: Re: Refunding Jerry Day

To: <jakki@partsgeek.com>


Jackie, you very well didn't say that it could be different. you stated twice that the. refund  was approximately 1300.00 and I stated that if it was approximately the 1300.00 I would agree to the 1500.00. and I have to hold you to that amount.

On Fri, Dec 10, 2021, 2:05 PM <jakki@partsgeek.com> wrote:

When we had our phone conversation, I had stated at the time I was not in front of my computer that that amount could very well be different.  All parts, tax and shipping charges. Which was why we confirmed via email prior. I most certainly followed through doing what I said I would do for you.

**Jakki Trippe**
**Director Customer Experience**
**856-283-5885**
Jakki@partsgeek.com


--------- Original Message ---------

Subject: Re: Refunding Jerry Day

From: "Jerry Day" <rokinlazyj@gmail.com>

Date: 12/10/21 3:56 pm

To: "jakki@partsgeek.com" <jakki@partsgeek.com>


per our phone conversation you stated that the refund was approximately 1300.00. I said that if the refund was approximately that 1300.00 I would agree to the 1500.00 but now you have cut the 1300.00 down to 721.00. I cannot agree to this. please stand fast to your agreement.

On Fri, Dec 10, 2021, 1:48 PM <jakki@partsgeek.com> wrote:

My apologies the check will be in the amount of 1.5k not 1k (typo in my first email sent)

7/2/22, 2:59 PM
Mail - Stacey Day - Outlook

**Jakki Trippe**
**Director Customer Experience**
**856-283-5885**
Jakki@partsgeek.com

--------- Original Message ---------
Subject: Refunding Jerry Day
From: "jakki@partsgeek.com" <jakki@partsgeek.com>
Date: 12/10/21 3:46 pm
To: "Jerry Day" <rokinlazyj@gmail.com>
Cc: "amanda@partsgeek.com" <amanda@partsgeek.com>

Good afternoon Mr. Day

As per our conversation, all orders placed through Parts Geek have been refunded
back to you. Some had already been refunded prior to us refunding the remaining
parts as of yesterday.

Refunded amount done by our call center manager was in the amount of 721.95.
While we would like to resolve this issue, without omitting fault we offer the check
to be made out to you in the amount of 1k in addition to all of your parts orders
placed with us already being refunded.

**Jakki Trippe**
**Director Customer Experience**
**856-283-5885**
Jakki@partsgeek.com

--------- Original Message ---------
Subject:
From: "Jerry Day" <rokinlazyj@gmail.com>
Date: 12/9/21 2:31 pm
To: "jakki@partsgeek.com" <jakki@partsgeek.com>

**Fwd: Waiver Attached**

Jerry Day <rokinlazyj@gmail.com>
Sat 7/2/2022 2:57 PM

To:

- Stacey Day <sday@uccs.edu>

---------- Forwarded message ---------
From: <jakki@partsgeek.com>
Date: Fri, Dec 10, 2021, 3:21 PM
Subject: Waiver Attached
To: rokinlazyj@gmail.com <rokinlazyj@gmail.com>
Cc: amanda@partsgeek.com <amanda@partsgeek.com>

Good evening Mr. Day

Please see attached waiver. As discussed with my boss if you would like to sign, please do so within 48 hours of receipt. If you choose to sign, I will submit the signed waiver with a request for a check to be made for $1,000. I hope you have a great weekend.

**Jakki Trippe**
**Director Customer Experience**
**856-283-5885**
**Jakki@partsgeek.com**

NO WAIVER ATTACHED IN EMAIL.
ONLY LOGO IN ATTACHMENT.

Fwd:

Jerry Day <rokinlazyj@gmail.com>
Sat 7/2/2022 2:58 PM
To:

- Stacey Day <sday@uccs.edu>

---------- Forwarded message ---------
From: <jakki@partsgeek.com>
Date: Fri, Dec 10, 2021, 8:00 AM
Subject: RE:
To: Jerry Day <rokinlazyj@gmail.com>

Good morning Mr. Day,

Thank you for the email. i will reach out shortly to discuss. Look forward to speaking with you

**Jakki Trippe**
**Director Customer Experience**
**856-283-5885**
**Jakki@partsgeek.com**

--------- Original Message ---------
Subject:
From: "Jerry Day" <rokinlazyj@gmail.com>
Date: 12/9/21 2:31 pm
To: "jakki@partsgeek.com" <jakki@partsgeek.com>

**Grays Tire & Auto**

127 S. Wahsatch Ave.

Colorado Springs, CO 80903 US

719-632-2676

www.graystireandautocs.com



| | |
|---|---|
| **BILL TO** | **SHIP TO** |
| Day, Jerry | Day, Jerry |
| 1330 W Cucharras St. P.O Box 3103 | 1330 W Cucharras St P.O Box 3103 |
| Colorado Springs, CO 80904 | Colorado Springs, CO 80904 |
| United States | United States |



SALES RECEIPT 198706

DATE 07/22/2021

**VEHICLE INFO**

1997 FORD F250

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|---|
| 07/22/2021 | MECHANIC LABOR | INSTALL CUSTOMER PROVIDED FUEL PUMPS/ R&I SPARE TIRE CARRIER FOR ACCESS | 1 | 480.00 | 480 00 |
| | PARTS | FUEL PUMP GASKET KIT WP#55812 NOT PROVIDED WITH FUEL PUMPS | 1 | 14 51 | 14.51T |
| 08/10/2021 | MECHANIC LABOR | REPLACE REAR TANK FUEL PUMP CHECK OLD PUMP FOR BACK FLOW, SENDING UNIT IS NOT ACCURATE, DRAIN BACK IS OKAY ACCORDING TO TEST | 1 | 336.00 | 336.00 |
| 09/09/2021 | PARTS | FUEL CONNECTOR 1L3Z9J272BA | 2 | 62.12 | 124.24T |
| 09/09/2021 | MECHANIC LABOR | INSTALL CHECK VALVE ON REAR FUEL TANK CUSTOMER REQUESTED INSTALL OF REAR SENDING UNIT, CAN NOT INSTALL CUSTOMER PROVIDED PART - IT IS SET UP FOR TWO WIRE SENDING UNIT, CUSTOMER HAS ONE WIRE SENDING UNIT SENDING UNIT IN TANK CHECKS GOOD. | 1 | 240 00 | 240.00 |

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|------|----------|-------------|-----|------|--------|
| 09/24/2021 | **PARTS** | FUEL PUMP FORD #F67Z9A407BB | 1 | 607.80 | 607.80T |
| 09/24/2021 | **PARTS** | FUEL PUMP FORD #F67Z9A407CC | 1 | 669.09 | 669.09T |
| 09/24/2021 | **PARTS** | FREIGHT SPECIAL ORDER PARTS | 1 | 13.92 | 13.92 |
| 09/24/2021 | **MECHANIC LABOR** | INSTALL FUEL PUMPS RETURN CUSTOMER FUEL PUMPS | 1 | 408.00 | 408.00 |
| 09/24/2021 | **MECHANIC LABOR** | CUSTOMER DOWNTIME CUSTOMER HAS BEEN WITHOUT HIS TRUCK OR TRANSPORTATION ON 3 SEPARATE OCCASIONS FOR A TOTAL OF 6 DAYS | 1 | 786.86 | 786.86 |

1997 FORD F250
1FTHX26G9VEC47509
MILEAGE ON - 9/24/21 -181775

| | |
|---|---|
| SUBTOTAL | 3,680.42 |
| TAX | 116 08 |
| TOTAL | 3,796.50 |
| **TOTAL DUE** | **$0.00** |









https // **us.amazon.com**

Ford 1L3Z-9J274-BA - CONNECTOR

 $**88**²⁷





Brand: Ford                ⭐⭐⭐⭐⭐  3

### 1987-1996 Ford F-150 Dual Fuel Tank Pump Check Valve Line Hose Connector Kit OEM







**LINCOLN**

1212 Motor City Drive
Colorado Springs, Colorado 80905
(719) 575-7800
(800) 332-8030

<u>RETURN/REFUND POLICY:</u> ALL RETURNS MUST BE ACCOMPANIED BY THIS INVOICE AND ARE SUBJECT TO A __30__ % RESTOCKING CHARGE. RETURNED ITEMS MUST BE IN THE ORIGINAL UNOPENED BOX OR CONTAINER. PLEASE NOTE THAT THE DEALERSHIP WILL <u>NOT</u> ACCEPT RETURNS OR MAKE REFUNDS AFTER __30__ DAYS. NO REFUNDS OR RETURNS ON SPECIAL ORDER PARTS OR ELECTRICAL PARTS.

**DISCLAIMER OF WARRANTY:** ANY WARRANTIES ON THE PARTS OR PRODUCTS DESCRIBED BELOW ARE THOSE OF THE MANUFACTURER OR SUPPLIER OF THE PARTS OR PRODUCTS. THE DEALERSHIP HEREBY EXPRESSLY DISCLAIMS ALL WARRANTIES, BOTH EXPRESS AND IMPLIED, INCLUDING ANY IMPLIED WARRANTIES OF MERCHANTABILITY AND FITNESS FOR A PARTICULAR PURPOSE. THE DEALERSHIP NEITHER ASSUMES NOR AUTHORIZES ANY OTHER PERSON TO ASSUME FOR IT ANY LIABILITY IN CONNECTION WITH THE SALE OF SAID PARTS OR PRODUCTS. THIS DISCLAIMER IN NO WAY AFFECTS THE PROVISIONS OF ANY MANUFACTURER OR SUPPLIER WARRANTIES.

| DATE ENTERED | YOUR ORDER NO. | DATE SHIPPED | INVOICE DATE | INVOICE NUMBER | |
|---|---|---|---|---|---|
| 14 SEP 21 | | 17 SEP 21 | 17 SEP 21 | 855782 | 15:41:39 |

**\*\*DUPLICATE\*\***

SOLD TO

ACCOUNT NO. 55625

SHIP TO

PAGE 1 OF 1

DAY CONSTRUCTION
MARY DAY
1330 W CUCHARRAS ST
COLORADO SPRINGS, CO 80905    (719)475-9589

| SHIP VIA | SLSM. | B/L NO. | TERMS | F.O.B. POINT | |
|---|---|---|---|---|---|
| | 72802 9 | | WHOLES | | 'S |

| ORD. | SHIP | B.O. | PART NO. | DESCRIPTION | |
|---|---|---|---|---|---|
| 1 | 1 | 0 | F6TZ*9A407*BB | ARTF | PUMP A |
| 1 | 1 | 0 | F6TZ*9A407*CC | USD | PUMP A |
| | | | FREIGHT | 13.92 | |
| | | | \*\*\* D U P L I C A T E   I N V O | | |

**Phil Long Ford
Parts Department
1212 Motor City Dr.
Colorado Springs, CO 80905**

SEP 1 ? 2021

By VISA

UNLIMITED MILEAGE INCLUDES LABOR
-2 YEARS-
Ford Motorcraft
Labor may have a limit. See your seller for a copy of the limited warranty. Motorcraft® is a registered trademark of Ford Motor Company.

MOTORCRAFT WARRANTY
UNLIMITED MILEAGE INCLUDES LABOR
2 YEARS
Ford Motorcraft
Labor may have a limit. See your seller for a copy of the limited warranty. Motorcraft® is a registered trademark of Ford Motor Company.

Thanks for your business!
\*\*\*\*Please note that all dirty cores must be returned in their original packaging to receive credit\*\*\*\*\*

| | |
|---|---|
| PARTS | |
| SUBLET | |
| FREIGHT | |
| SALES TAX | |

CUSTOMER'S SIGNATURE
X

TOTAL

**CUSTOMER COPY**

DealerCAP 2014 CDK Global, LLC  (05/16) PARTS INVOICE 1UP - PI3C1 - "AS-IS" - STATE - CAT #

 

1212 Motor City Drive
Colorado Springs, Colorado 80905
(719) 575-7800
(800) 332-8030

**RETURN/REFUND POLICY:** ALL RETURNS MUST BE ACCOMPANIED BY THIS INVOICE AND ARE SUBJECT TO A __30__% RESTOCKING CHARGE. RETURNED ITEMS MUST BE IN THE ORIGINAL UNOPENED BOX OR CONTAINER. PLEASE NOTE THAT THE DEALERSHIP WILL NOT ACCEPT RETURNS OR MAKE REFUNDS AFTER __30__ DAYS. NO REFUNDS OR RETURNS ON SPECIAL ORDER PARTS OR ELECTRICAL PARTS.

**DISCLAIMER OF WARRANTY:** ANY WARRANTIES ON THE PARTS OR PRODUCTS DESCRIBED BELOW ARE THOSE OF THE MANUFACTURER OR SUPPLIER OF THE PARTS OR PRODUCTS. THE DEALERSHIP HEREBY EXPRESSLY DISCLAIMS ALL WARRANTIES, BOTH EXPRESS AND IMPLIED, INCLUDING ANY IMPLIED WARRANTIES OF MERCHANTABILITY AND FITNESS FOR A PARTICULAR PURPOSE. THE DEALERSHIP NEITHER ASSUMES NOR AUTHORIZES ANY OTHER PERSON TO ASSUME FOR IT ANY LIABILITY IN CONNECTION WITH THE SALE OF SAID PARTS OR PRODUCTS. THIS DISCLAIMER IN NO WAY AFFECTS THE PROVISIONS OF ANY MANUFACTURER OR SUPPLIER WARRANTIES.

| DATE ENTERED | YOUR ORDER NO. | DATE SHIPPED | INVOICE DATE | INVOICE NUMBER | |
|---|---|---|---|---|---|
| 14 SEP 21 | | 17 SEP 21 | 17 SEP 21 | 855782 | 15:41:39 |

```
                          **DUPLICATE**
S        ACCOUNT NO. 55625      S                    PAGE 1 OF 1
O                               H
L        DAY CONSTRUCTION       I
D        MARY DAY               P
T        1330 W CUCHARRAS ST    T
O        COLORADO SPRINGS, CO 80905    (719)475-9589    O
```

| SHIP VIA | SLSM. | | B/L NO. | TERMS | F.O.B. POINT |
|---|---|---|---|---|---|
| | 72802 | 9 | | WHOLESALE CASH | COLORADO SPRINGS |

| QTY ORD | SHIP | B.O. | PART NO. | DESCRIPTION | LIST | NET | AMOUNT |
|---|---|---|---|---|---|---|---|
| 1 | 1 | 0 | F6TZ*9A407*BB | ARTF PUMP A | 607.80 | 548.02 | 548.02 |
| 1 | 1 | 0 | F6TZ*9A407*CC | USD PUMP A | 669.09 | 423.20 | 423.20 |
| | | | FREIGHT | 13.92 | | | |
| | | | *** D U P L I C A T E   I N V O I C E *** | | | | |

Thanks for your business!
****Please note that all dirty cores
must be returned in their original
packaging to receive credit*****

| | |
|---|---|
| PARTS | 971.22 |
| SUBLET | |
| FREIGHT | 13.92 |
| SALES TAX | 80.78 |

CUSTOMER'S SIGNATURE
X

| TOTAL | $1,065.92 |
|---|---|

**CUSTOMER COPY**

DealerCAP  2014 CDK Global, LLC  (05/15) PARTS INVOICE 1UP - P0C1 - "AS-IS" - STATE - CAT #





L I N C O L N

1212 Motor City Drive
Colorado Springs, Colorado 80905
(719) 575-7800
(800) 332-8030

**RETURN/REFUND POLICY:** ALL RETURNS MUST BE ACCOMPANIED BY THIS INVOICE AND ARE SUBJECT TO A __30__ % RESTOCKING CHARGE. RETURNED ITEMS MUST BE IN THE ORIGINAL UNOPENED BOX OR CONTAINER. PLEASE NOTE THAT THE DEALERSHIP WILL NOT ACCEPT RETURNS OR MAKE REFUNDS AFTER __30__ DAYS. NO REFUNDS OR RETURNS ON SPECIAL ORDER PARTS OR ELECTRICAL PARTS.

**DISCLAIMER OF WARRANTY:** ANY WARRANTIES ON THE PARTS OR PRODUCTS DESCRIBED BELOW ARE THOSE OF THE MANUFACTURER OR SUPPLIER OF THE PARTS OR PRODUCTS. THE DEALERSHIP HEREBY EXPRESSLY DISCLAIMS ALL WARRANTIES, BOTH EXPRESS AND IMPLIED, INCLUDING ANY IMPLIED WARRANTIES OF MERCHANTABILITY AND FITNESS FOR A PARTICULAR PURPOSE. THE DEALERSHIP NEITHER ASSUMES NOR AUTHORIZES ANY OTHER PERSON TO ASSUME FOR IT ANY LIABILITY IN CONNECTION WITH THE SALE OF SAID PARTS OR PRODUCTS. THIS DISCLAIMER IN NO WAY AFFECTS THE PROVISIONS OF ANY MANUFACTURER OR SUPPLIER WARRANTIES.

| DATE ENTERED | YOUR ORDER NO. | DATE SHIPPED | INVOICE DATE | INVOICE NUMBER | |
|---|---|---|---|---|---|
| 17 AUG 21 | | 20 AUG 21 | 20 AUG 21 | 851662 | 09:49:43 |

S O L D   T O

ACCOUNT NO. 730459

STACEY J DAY
1315 SANDPIPER DR
COLORADO SPGS, CO 80916-3902

S H I P   T O

PAGE 1 OF 1

(719) 659-8810

| SHIP VIA | SLSM. 728029 | B/L NO. | TERMS WHOLESALE CASH | F.O.B. POINT COLORADO SPRINGS |
|---|---|---|---|---|

| QUANTITY ORD | SHIP | B.O. | PART NO. | DESCRIPTION | LIST | NET | AMOUNT |
|---|---|---|---|---|---|---|---|
| 2 | 2 | 0 | 1L3Z*9J274*BA | SPEC CONNEC | 62.12 | 41.00 | 82.00 |

Thanks for your business!
****Please note that all dirty cores must be returned in their original packaging to receive credit*****

| | |
|---|---|
| PARTS | 82.00 |
| SUBLET | |
| FREIGHT | 0.00 |
| SALES TAX | 6.72 |

CUSTOMER'S SIGNATURE
X

| TOTAL | $88.72 |
|---|---|

**CUSTOMER COPY**



Damage from INcorret Specks.





Reveal No side to side Adjustments





