IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 23-cv-00647-LTB-SBP

JERRY L. DAY,

    Plaintiff,

v.

PARTS GEEK, LLC,
JON SINCLAIR, President of Parts Geek, LLC, and
JAKKI TRIPPE, Director of Customer Experience,

    Defendants.

## JUDGMENT

    Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on August 28, 2023, it is hereby

    ORDERED that Judgment is entered in favor of the Defendants and against Plaintiff.

    DATED at Denver, Colorado, this 28TH day of August, 2023.

    FOR THE COURT,

    JEFFREY P. COLWELL, Clerk


    By: s/C. Madrid
        Deputy Clerk